

# Broker Price Opinion

## 1290 Edgewood Ln, Streetsboro, OH 44241

CERTAINTY  INGENUITY  ADVANTAGE

Computershare

This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering or sale price of the real property.



**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241

**BPO** BROKER PRICE OPINION
EXHIBIT E
Inspection Date 01/11/2019 (Exterior Form)

## Order Details

| | | | |
|---|---|---|---|
| Client: | SLS | Mortgagors Name: | TINA M BARCZAK |
| Client Loan Number: | ▉ | Order Number: | ▉ |
| Tracking #1: | | Property ID: | |
| Broker Name: | Adam Mondl | License Number: | ▉ |
| Broker Phone: | (330) 858-4246 | eSignature*: | (*Signature on File) |
| Broker Company: | Adam Mondl | Date Signed: | 01/11/2019 |
| Company Address: | Street Address: 197 Butler Ct | Subject Address: | Street Address: 1290 Edgewood Ln |
| | City, State Zip: Akron, OH 44310 | | City, State Zip: Streetsboro OH 44241 |

### Subject Front


### Neighborhood


## Price Estimate

| | | | | |
|---|---|---|---|---|
| **AS-IS (60-90 Days)** | $221,500 | | **Repaired (60-90 Days)** | $221,500 |
| **AS-IS (Quick Sale)** | $200,000 | | **Repaired (Quick Sale)** | $200,000 |
| Estimated Land Value | $20,000.0 | | Total Repair Costs | $0 |
| PSF As-Is (Price per Sq Ft) | $118.07 | | PSF Repaired (Price per Sq Ft) | $118.07 |

## General Information

| | | | |
|---|---|---|---|
| County | Portage | Overall Condition | Average |
| Development or Neighborhood Name | Tinkers Green | Curb Appeal | Average |
| Zoning | Residential | Landscaping Condition | Average |
| Legal Description | TINKERS GREEN 2 LOT 33B | | |
| Homeowners Association | No | Secured | Yes |
| HOA Name | | Occupancy Status | Occupied |
| HOA Mgmt. Co. Name | | If "Occupied", by whom? | Unknown |
| HOA Phone | | Subject conforms to neighborhood? | Yes |
| HOA Dues | | Are any Code Violations Posted? | No |
| HOA Dues Frequency | | Is the property subject to any rent controls? | No |
| HOA Dues Include | | Does the City or Municipality require Vacant Property Registration? | Yes |
| Environmental Hazards | None notated | Site Influences | None noticed |

## Tax Data, Sales and Listing History

| | | | |
|---|---|---|---|
| Tax Assessed Value Date | 01/01/2018 | Last Known Sale Date | 02/02/2006 |
| Tax Assessed Value | 59,430 | Last Known Sale Price | 232,315 |
| Current Annual Real Estate Taxes | 3,668 | Taxes Delinquent? | No |
| Assessors Parcel Number (APN) | ▉ | Amount Delinquent | |
| Currently Listed for Sale (In MLS or FSBO) | No | | |
| Agent Name | | Original List Price | 0 |
| Agent Company | | Original List Date | |
| Agent Phone | | Current List Price | |
| DOM | | Current List Date | |
| Transaction Type | | Dwelling Access | |
| Listing Status | | MLS Number | |



### Neighborhood & Market Information

| | | | |
|---|---|---|---|
| Density | Suburban | Prior 12 Month Home Values Have | Stable |
| Predominant Occupancy | Owner | At a Rate of | 0 |
| Neighborhood Values Low | 30,500 | Housing Supply of Similar Homes | In Balance |
| Neighborhood Values High | 492,000 | Typical Marketing Time | 90-120 Days |
| Predominant Value | 185,000 | Vandalism Present in Area | No |
| Number of Homes in Direct Competition | 9 | Average DOM Active Comps | 65 |
| Number of Similar Homes Sold in Last 6 Months | 16 | Average DOM Sold Comps | 62 |
| Neighborhood Comments | Schools, shopping, parks and highway are in close proximity to the subject. Employment is stable with a large number of employment opportunities within 15 minutes. The subject's neighborhood has average market appeal and competes favorably with other neighborhoods in the subject market area. No unfavorable conditions were observed which would adversely affect value or marketability of the subject property. | | |



CBSA-ZIP Forecast — Single Family (Zip-44241)



Regular Average Sold Price and Number of Sales — Akron Single Family

| price | 123 | 136 | 142 | 155 | 175 | 156 | 182 | 153 | 190 | 143 | 205 | 212 | 177 | 209 | 173 | 178 | 165 | 195 |
| volume | 10 | 20 | 27 | 12 | 16 | 48 | 36 | 8 | 6 | 5 | 9 | 7 | 10 | 7 | 10 | 7 | 6 | 9 |

### Area Sales Data

| Inventory Analysis | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 45 | 35 | 17 | 51 % | Increasing |
| Absorption Rate (Total Sales/Months) | 8 | 12 | 6 | 51 % | Increasing |
| Total # of Comparable Active Listings | 33 | 20 | 16 | -34 % | Decreasing |
| Months of Housing Supply (Total Listings/Absorption Rate) | 4 | 2 | 3 | -59 % | Decreasing |

| Median Sale & List Price, DOM, List to Sales Ratio | Prior 7-12 Months | Prior 4-6 Months | Current - 3 Months | % Change | Overall Trend |
|---|---|---|---|---|---|
| Median Comparable Sale Price | 200,000 | 155,000 | 174,000 | -12 % | Decreasing |
| Median Comparable Sales DOM | 83 | 59 | 55 | -23 % | Decreasing |
| Median Comparable List Price | 168,000 | 230,500 | 174,900 | 19 % | Increasing |
| Median Comparable Listings DOM | 46 | 46 | 71 | -20 % | Decreasing |
| Median Sale Price as % of List Price | 98 % | 100 % | 98 % | 1 % | Increasing |

# Computershare
**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241


**BPO** BROKER PRICE OPINION
EXHIBIT E
Inspection Date 01/11/2019 (Exterior Form)

## Deferred Maintenance

Deferred Maintenance Present or Repairs Needed? **No**

| # | Description | Cost | Comments |
|---|---|---|---|
| 1 | | $ | |
| 2 | | $ | |
| 3 | | $ | |
| 4 | | $ | |
| 5 | | $ | |
| 6 | | $ | |
| 7 | | $ | |
| 8 | | $ | |
| 9 | | $ | |
| 10 | | $ | |
| | Total Repair Costs | $ 0 | |

## Comparable Sales

| | Subject | Sale 1 | Sale 2 | Sale 3 |
|---|---|---|---|---|
| Street Address | 1290 Edgewood Ln | 10109 Westridge Ln | 10180 Gloucester Rd | 10161 Ravenwood Ct |
| City, State Zip | Streetsboro, OH 44241 | Streetsboro, OH 44241 | Streetsboro, OH 44241 | Streetsboro, OH 44241 |
| Sale Date | 02/02/2006 | 10/30/2018 | 10/31/2018 | 10/01/2018 |
| Sale Price | 232,400 | 232,000 | 220,000 | 213,000 |
| Proximity To Subject (Miles) | | 0.18 mi SW | 0.55 mi W | 1.08 mi W |
| Condition | Average | Average | Average | Average |
| Data Source | Tax Records | MLS | MLS | MLS |
| Property Type | Single Family | Single Family | Single Family | Single Family |
| Property Style | 2 Story | 2 Story | 2 Story | 2 Story |
| Above Grade Sq Ft | 1,876 | 2,030 | 2,027 | 1,734 |
| # of Units | 1 | 1 | 1 | 1 |
| Lot Size | 9714 Sq Ft | 11935 Sq Ft | 12632 Sq Ft | 6490 Sq Ft |
| Year Built | 2005 | 2008 | 1998 | 2002 |
| Age | 14 | 11 | 21 | 17 |
| Total # Rooms | 8 | 8 | 8 | 8 |
| Bed / Full Ba. / Half Ba. | 3 / 2 / 1 | 4 / 2 / 1 | 3 / 2 / 1 | 3 / 2 / 2 |
| Financing Method | Unknown | Conventional | FHA | Conventional |
| Transaction Type | Unknown | Traditional Resale | Traditional Resale | Traditional Resale |
| Owner | Unknown | Owner Occ | Owner Occ | Owner Occ |
| Seller Concessions | 0 | 0 | 0 | 0 |
| Price Per Sq Ft | $123.88 | $114.29 | $108.53 | $122.84 |
| DOM | | 106 | 63 | 35 |
| List Price At Sale | | 232,000 | 239,000 | 209,900 |
| Original List Price | 0 | 247,900 | 249,000 | 209,900 |
| Original List Date | | 07/16/2018 | 08/29/2018 | 08/27/2018 |
| Basement | Yes | Yes | Yes | Yes |
| Basement Type | Cellar | Cellar | Cellar | Cellar |
| Basement Total Sq Ft | 938 | 1,015 | 1,013 | 867 |
| Basement Finished Sq Ft | 0 | 0 | 300 | 339 |
| Garage Type | Attached | Attached | Attached | Attached |
| Number of spaces | 2 | 2 | 2 | 2 |
| Pool / Spa | None | None | None | None |
| View | Residential | Residential | Residential | Residential |
| Adjustment | | -1,000 | -1,500 | 1,500 |
| Adjusted Price | | 231,000 | 218,500 | 214,500 |



Inspection Date 01/11/2019 (Exterior Form)
EXHIBIT E

## Comparable Comments and Adjustment Justification

**Comparable Sale 1**
Move right in - Affordable, Center Hall Colonial looking like a model; features 4 Bedrooms & 2.5 baths. Eat-In Kitchen is open to a Formal Dining Room appointed w/picture frame molding & chairs rails. The Family Room spot light is on the beautiful gas fireplace & is flanked by the Formal Living Room at the front of the home. Spacious 2nd Floor Owner's Suite features walk in closet space, private shower & a garden tub for peaceful bubble baths. A full bath off the hallway upstairs serves the 3 additional bedrooms. Finally, the walk-out basement is ready for finishing, it's pre-plumbed for a bath & exits to a great patio & grill area w/a gorgeous wooded & private backdrop. Let's us help you into this beautiful home today! Call Now! lot size (-1000)

**Comparable Sale 2**
Amazing 3 Bedroom Colonial with an awesome outdoor screened in porch for entertaining. Pretty ledge in the 2-story Foyer. Very light & bright vaulted breakfast nook with a great view of the back yard. Majestic open floor plan w/family rm featuring a cozy wood burning fireplace w/gas ignition. Our Formal Dining Rm is exceptionally heart warming, sporting a beautiful tray ceiling. The open kitchen features all appliances, custom c-tops, breakfast bar & butler pantry. Well maintained on a premium lot, professionally landscaped, ready for new owners. Part Finished basement, side entry garage. lot size (-1500)

**Comparable Sale 3**
This picturesque 3-bedroom colonial is located in the peaceful Hunter Ridge community on a one-of-a-kind wooded lot. Upon entering you are greeted by the bright formal dining room with rich, dark wood floors and a floor to ceiling bay window for amazing natural light. The desirable open floor plan from the kitchen flows seamlessly into the large family room with space for the whole family to be together and not feel cramped. Off of the kitchen, the deck overlooks the wonderfully private backyard with tranquil views of the woods - a perfect backdrop for enjoying the sights and sounds of nature. Upstairs there are 3 nice sized bedrooms with ample closet space, along with 2 full baths. The spacious master bedroom features a vaulted ceiling and a huge walk-in closet with extra space

## Comparable Listings

| | Subject | List 1 | List 2 | List 3 |
|---|---|---|---|---|
| Street Address | 1290 Edgewood Ln | 10087 Ridgeside Ct | 9440 Cherokee Trl | 188 W Mennonite Rd |
| City, State Zip | Streetsboro, OH 44241 | Streetsboro, OH 44241 | Streetsboro, OH 44241 | Aurora, OH 44202 |
| List Date | | 10/28/2018 | 10/12/2018 | 10/11/2018 |
| Current List Price | | 232,500 | 227,500 | 229,500 |
| Proximity To Subject (Miles) | | 0.16 mi SE | 1.40 mi S | 1.69 mi N |
| Condition | Average | Average | Average | Average |
| Data Source | Tax Records | MLS | MLS | MLS |
| Property Type | Single Family | Single Family | Single Family | Single Family |
| Property Style | 2 Story | 2 Story | 2 Story | Ranch / 1 Story |
| Above Grade Sq Ft | 1,876 | 2,000 | 2,016 | 1,876 |
| # of Units | 1 | 1 | 1 | 1 |
| Lot Size | 9714 Sq Ft | 7710 Sq Ft | 10454 | 19798 |
| Year Built | 2005 | 2006 | 1997 | 1971 |
| Age | 14 | 13 | 22 | 48 |
| Total # Rooms | 8 | 7 | 7 | 7 |
| Bed / Full Ba. / Half Ba. | 3 / 2 / 1 | 4 / 2 / 1 | 4 / 2 / 1 | 4 / 2 / 0 |
| Transaction Type | Unknown | Traditional Resale | Traditional Resale | Traditional Resale |
| Owner | Unknown | Owner Occ | Owner Occ | Owner Occ |
| Price Per Sq Ft | | $116.25 | $112.85 | $122.33 |
| DOM | 0 | 75 | 91 | 92 |
| MLS Status | | Active | Active | Active |
| Original List Price | 0 | 240,000 | 230,000 | 237,500 |
| Original List Date | | 10/28/2018 | 10/12/2018 | 10/11/2018 |
| Basement | Yes | Yes | Yes | No |
| Basement Type | Cellar | Cellar | Cellar | |
| Basement Total Sq Ft | 938 | 1,000 | 1,008 | |
| Basement Finished Sq Ft | 0 | 600 | 300 | |
| Garage Type | Attached | Attached | Attached | Attached |
| Number of spaces | 2 | 2 | 2 | 2 |
| Pool / Spa | None | None | None | None |
| View | Residential | Residential | Residential | Residential |
| Adjustment | | 1,500 | 0 | 1,500 |
| Adjusted Price | | 234,000 | 227,500 | 231,000 |



**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241



EXHIBIT E

Inspection Date: 01/11/2018   (Exterior Form)

## Comparable Comments and Adjustment Justification

**Comparable List 1**
4 bedroom, 2 1/2 bath colonial in Streetsboro. Cul-de-sac location in Tinker's Green subdivision. Large living room. Kitchen with dinette area and breakfast bar. Vaulted ceilings. Spacious bedrooms. Master with huge walk-in closet and bath. 1st floor laundry. 2 car attached garage. Full basement. All offers must be submitted with pre-approval letter or proof of funds. lot size (1500)

**Comparable List 2**
4 bed, 3-bath house located in the heart of Streetsboro! This stunning colonial boasts a spacious great room with a gas fireplace and a charming eat-in kitchen. The focal point of the kitchen is the gorgeous bay window that provides a wonderful view of the back yard. Next to the bay window is a delightful glass pane door that leads out to the back patio. This is the perfect spot to enjoy the sunny days and warm evenings. Located next to the kitchen is a charming formal dining room that allows for easy entertaining. You will also enjoy the convenience of the first-floor laundry and a half bath that is located discreetly between the kitchen and dining room. A winding staircase leads up to the second floor that includes a master suite with a private bath and a sizable walk-in closet. Also

**Comparable List 3**
Impeccably maintained 4 bedroom, 2 bath ranch with a first floor utility room!  chen. The owner's suite offers 2 closets, in suite master bath with his & her cabinetry, & a double walk in shower with seat. You will love sitting on the large patio located just off the kitchen which overlooks a beautiful landscaped lot and storage shed.   Located near Aurora Farms Premium outlets, Walden Inn & Spa & Tinkers Creek Nature Preserve, and an award winning school district. Easy access to freeways, & turnpike. Nothing left to do... just place your furniture.  age (3000) lot size (-4000) bath count (500) basement (2000)

## Value Conclusion

| | | | | |
|---|---|---|---|---|
| As-Is (60-90 Days) | $ 221,500 | | Repaired (60-90 Days) | $ 221,500 |
| As-Is (Quick Sale) | $ 200,000 | | Repaired (Quick Sale) | $ 200,000 |
| | Estimated Land Value | $ 20,000 | | |

## Broker Addendum & Subject Comments
The comparable's provided are the most similar to the subject in terms of square footage, age of home, lot size and condition.  The subject conforms with it's neighborhood in terms of square footage, age of home, lot size and condition.  No needed exterior repairs observed during the inspection of the subject.  The subject appears to be occupied.  The subject is a two story colonial home built in 2005 with three bedrooms, two full baths, and one half bath.  The subject also has a two car attached garage.

## Quality Control Reviewer Comments
Subject data matches Tax Record attached.  Subject photos match Prior BPO

Computershare LLC • 8742 Lucent Blvd, Suite 300 • Highlands Ranch, CO 80129 • www.clsps.us                                                                                       BPO Ext (2018)

19-50639-amk    Doc 10-5    FILED 04/05/19    ENTERED 04/05/19 13:07:47    Page 6 of 11



## State Mandated Disclosures

| State | Disclosure |
|---|---|
| AR | Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. Pursuant to Ark. Code. Ann. § 17-42-110(d), a broker price opinion or market analysis issued by a real estate licensee shall not contain the terms "market value", "appraised value" or "appraisal". |
| DE | Notwithstanding any language to the contrary contained herein, this Competitive Market Analysis is NOT an appraisal of the market value for property and is not intended to be used for any legal purpose including approving a mortgage loan, modification of a mortgage loan, divorce/property separation, estate settlement, bankruptcy proceedings or any other purpose where real estate value is needed. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. |
| ID | This report is not intended to meet the Uniform Standards of Professional Appraisal Practice. This broker's price opinion is not intended to be an appraisal of the market value of the property, and that if an appraisal is desired, the services of a licensed or certified appraiser should be obtained by a licensee licensed under the Idaho real estate appraisers act, chapter 41 title 54 Idaho Code |
| IL | This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker, not by a State certified real estate appraiser. |
| MD | This analysis is not an appraisal. It is intended only for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property. |
| ME | This opinion or appraisal was prepared solely for the client, for the purpose and function stated in this report and is not intended for subsequent use. It was not prepared by a licensed or certified appraiser and may not comply with the appraisal standards of the Uniform Standards of Professional Appraisal Practice. |
| MI | This is a market analysis, not an appraisal and was prepared by a licensed real estate broker or associate broker, not a licensed appraiser. |
| MN | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. |
| MS | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit. The licensee who prepared this opinion certifies that he/she is covered by errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of the opinion. |
| NC | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. This opinion may not be used by any party as the primary basis to determine the value of a parcel of or interest in real property for a mortgage loan origination, including first and second mortgages, refinances, or equity lines of credit. |
| NE | This opinion or analysis is not an appraisal. It is intended only for the benefit of the addressee for the purpose of assisting buyers or sellers or prospective buyers or sellers in deciding the listing, offering, or sale price of the real property, for lending purposes in a transaction other than a federally related transaction, or for real property tax appeal purposes. This opinion or analysis is not governed by the Real Property Appraiser Act. |
| NV | This opinion is not an appraisal of the market value of the property, and may not be used in lieu of an appraisal. If an appraisal is desired, the services of a licensed or certified appraiser shall be obtained. |
| OR | If licensee is also licensed by the Appraiser Certification and Licensure Board, the report is not intended to meet the requirements set out in the Uniform Standards of Appraisal Practice. This competitive market analysis or letter opinion is not intended as an appraisal and if an appraisal is desired, the services of a competent professional licensed appraiser should be obtained. |
| PA | This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose. |
| SC | This market analysis may not be used for the purposes of obtaining financing in a federally related transaction. |
| TX | THIS IS A BROKER PRICE OPINION OR COMPARATIVE MARKET ANALYSIS AND SHOULD NOT BE CONSIDERED AN APPRAISAL OR OPINION OF VALUE. In making any decision that relies upon my work, you should know that I have not followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation. |
| WA | This brokers price opinion is not an appraisal as defined in chapter 18.140 RCW and has been prepared by a real estate licensee, licensed under chapter 18.85 RCW, who is not also state-certified or state-licensed as a real estate appraiser under chapter 18.140 RCW. |
| WY | This is an opinion of price and is not a certified appraisal of the market value of the property. If such an appraisal is desired, the service of a certified appraiser must be obtained. |




**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241

Inspection Date: 01/11/2019

**BPO** BROKER PRICE OPINION
EXHIBIT E (Exterior Form)

### General Addendum

This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose. The intended user of this report is the Client(s) named above and is to be used at the Client(s) sole discretion. This report is not intended as any guarntee of value and/or condition of the subject property and should not be relied on as such. Any opinion rendered in this report is that of the report preparer and does not necessarily reflect the views and opinions of Computershare LLC or its owners, affiliates and or assigns. All data contained herein is deemed accurate and reliable but not guaranteed.
Copyright (C) Computershare LLC

### Proximity Map



| Subject | 1290 Edgewood Ln | Streetsboro, OH 44241 | Proximity |
|---|---|---|---|
| Sold Comp 1 | 10109 Westridge Ln | Streetsboro, OH 44241 | 0.18 mi SW |
| Sold Comp 2 | 10180 Gloucester Rd | Streetsboro, OH 44241 | 0.55 mi W |
| Sold Comp 3 | 10161 Ravenwood Ct | Streetsboro, OH 44241 | 1.08 mi W |
| List Comp 1 | 10087 Ridgeside Ct | Streetsboro, OH 44241 | 0.16 mi SE |
| List Comp 2 | 9440 Cherokee Trl | Streetsboro, OH 44241 | 1.40 mi S |
| List Comp 3 | 188 W Mennonite Rd | Aurora, OH 44202 | 1.69 mi N |

### Subject Aerial View






**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241

Inspection Date: 01/11/2019

**BPO** BROKER PRICE OPINION (Exterior Form)

EXHIBIT E

## Subject Property Photos

### Front View


### Left Side


### Right Side


### Street View


### Address Verification



**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241

**BPO** BROKER PRICE OPINION
EXHIBIT E
Inspection Date: 01/11/2019 (Exterior Form)

## Comparable Property Photos

**Sale 1**



10109 Westridge Ln
Streetsboro, OH 44241
Sold for $232,000 on 10/30/2018

**List 1**



10087 Ridgeside Ct
Streetsboro, OH 44241
Listed for $232,500 on 10/28/2018

**Sale 2**



10180 Gloucester Rd
Streetsboro, OH 44241
Sold for $220,000 on 10/31/2018

**List 2**



9440 Cherokee Trl
Streetsboro, OH 44241
Listed for $227,500 on 10/12/2018

**Sale 3**



10161 Ravenwood Ct
Streetsboro, OH 44241
Sold for $213,000 on 10/01/2018

**List 3**



188 W Mennonite Rd
Streetsboro, OH 44241
Listed for $229,500 on 10/11/2018



**Subject Property**
1290 Edgewood Ln
Streetsboro, OH 44241

**BPO** BROKER PRICE OPINION
Inspection Date: 01/11/2019 (Exterior Form)
EXHIBIT E

**Additional Photos**