This document was signed electronically on May 24, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 24, 2019



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

# THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## AKRON DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-50639 |
| | ) | |
| BENJAMEN J. BARCZAK, | ) | Chapter 7 |
| TINA M. BARCZAK, | ) | |
| | ) | Judge Alan M. Koschik |
| Debtors. | ) | |
| | ) | <u>ORDER GRANTING</u> |
| | ) | <u>MOTION OF SPECIALIZED LOAN</u> |
| | ) | <u>SERVICING LLC, AS SERVICING</u> |
| | ) | <u>AGENT FOR WACHOVIA MORTGAGE</u> |
| | ) | <u>LOAN TRUST, ASSET-BACKED</u> |
| | ) | <u>CERTIFICATES, SERIES 2006-AMN1,</u> |
| | ) | <u>U.S. BANK NATIONAL ASSOCIATION,</u> |
| | ) | <u>AS TRUSTEE, FOR RELIEF FROM STAY</u> |
| | ) | <u>AND ABANDONMENT</u> |
| | ) | |
| | ) | 1290 Edgewood Lane |
| | ) | Streetsboro, Ohio 44241 |

    This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Specialized Loan Servicing LLC, as servicing agent for Wachovia Mortgage Loan Trust, Asset-Backed Certificates, Series 2006-AMN1, U.S. Bank National Association, as Trustee ("Movant")(Doc. 10). Movant has alleged that good cause for granting the Motion exists, and that Debtors, counsel for the Debtors, the Chapter 7 Trustee, and all

other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property: 1290 Edgewood Lane, Streetsboro, Ohio 44241.

# # #

SUBMITTED BY:

/s/ Alison A. Gill
Alison A. Gill: 0061710
**FUSCO, MACKEY, MATHEWS & GILL** LLP
655 Cooper Road
Westerville, Ohio 43081
Telephone: (614) 523-7575
Facsimile: (614) 523-7580
E-Mail: alison@ohiolaws.com
Attorneys for Movant

## SERVICE LIST

Please serve this Order for Relief from Stay and Abandonment to the persons listed below:

ELECTRONIC MAIL:

Alison A. Gill, Attorney for Movant
655 Cooper Road
Westerville, OH 43081

Philip R. Fine, Attorney for Debtor
3681 Green Road
Park Center II #410
Beachwood, OH 44122

Harold A. Corzin, Ch. 7 Trustee
304 N. Cleveland-Massillon Road
Commonwealth Square
Akron, OH 44333

Office of the U.S. Trustee
201 Superior Avenue East, Suite 441
Cleveland, OH 44114

ORDINARY MAIL:

Benjamen & Tina Barczak
147 Deerfield Lane
Aurora, OH 44202