# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-50639 AMK
**Case Name:** BARCZAK, BENJAMEN J.
BARCZAK, TINA M.
**Period Ending:** 05/29/19

**Trustee:** (550340) HAROLD A. CORZIN
**Filed (f) or Converted (c):** 03/25/19 (f)
**§341(a) Meeting Date:** 05/20/19
**Claims Bar Date:** 09/03/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1290 EDGEWOOD LANE, STREETSBORO, OH 44241 | 200,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 2011 HYUNDAI SONATA, 130000 MILES | 3,200.00 | 1.00 | | 0.00 | 1.00 |
| 3 | 2015 HYUNDAI S SONATA, 6000 MILES | 10,000.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | WEDDING RING | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | HUNTINGON BANK CHECKING ACCOUNT<br>    *Account statement not yet provided; value to estate currently unknown. | 1,000.00 | 1.00 | | 0.00 | 1.00 |
| 8 | HSA: OPTUM BANK<br>    *Account statement not yet provided; value to estate currently unknown. | 100.00 | 1.00 | | 0.00 | 1.00 |
| 9 | 401 (K) AT MERRYL LYNCH THROUGH EMPLOYER | 7,000.00 | 0.00 | | 0.00 | FA |
| 10 | 401 (K) AT ANCORA THROUGH EMPLOYER | 350.00 | 0.00 | | 0.00 | FA |
| 11 | NATIONWIDE LIFE INSURANCE: HUSBAND | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Assets    **Totals** (Excluding unknown values) | **$226,650.00** | **$3.00** | | **$0.00** | **$3.00** |

**Major Activities Affecting Case Closing:**

Trustee will administer debtors' vehicle by means of redemption or liquidation as appropriate; Trustee will collect unexempt liquid assets if any.

Printed: 05/29/2019 12:05 PM
V.14.50

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 19-50639 AMK | Trustee: | (550340) | HAROLD A. CORZIN |
|---|---|---|---|---|
| Case Name: | BARCZAK, BENJAMEN J. | Filed (f) or Converted (c): | 03/25/19 (f) | |
| | BARCZAK, TINA M. | §341(a) Meeting Date: | 05/20/19 | |
| Period Ending: | 05/29/19 | Claims Bar Date: | 09/03/19 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** October 31, 2020    **Current Projected Date Of Final Report (TFR):** October 31, 2020